**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THE UNITED KEETOOWAH BAND OF CHEROKEE INDIANS IN OKLAHOMA,** | ) | |
| **Plaintiff,** | ) | **No. 03-1433** |
| | ) | **Judge Nancy B. Firestone** |
| **v.** | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S RESPONSE TO CHEROKEE NATION'S MOTION FOR LEAVE TO INTERVENE UNDER RULE 24(b)(2)**

Defendant does not oppose the Cherokee Nation's motion for permissive intervention. However, Defendant will vigorously oppose any effort by the Cherokee Nation of Oklahoma to expand the scope of this case beyond that contemplated by the Federal Circuit's Opinion and Order on remand.

Dated this 3rd day of August, 2007.

Respectfully submitted,

s/ James M. Upton

JAMES M. UPTON
U.S. Department of Justice
Environment & Natural Resources Div.
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Ph. (202) 305-0482
Fax: (202) 305-0506
E-mail address: james.upton@usdoj.gov