**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **UNITED KEETOOWAH BAND OF CHEROKEE INDIANS OF OKLAHOMA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 03-1433** |
| | ) | **Judge Nancy B. Firestone** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE JOINT STATUS REPORT**

The parties jointly move for an enlargement of time from September 28, 2007, to, and including November 2, 2007, in which to file their joint status report. In support of this report, the parties state the following:

1. On June 28, 2007, the court directed the parties to file a joint status report on August 28, 2007 "detailing their proposal for resolving the litigation;"

2. On July 19, 2007, the Cherokee Nation of Oklahoma ("CNO") filed a motion for permissive intervention. On August 31, 2007, the court denied CNO's motion for permissive intervention;

3. The Plaintiff and Defendant have continued to discuss various settlement proposals;

4. The Defendant has undertaken considerable analysis of the underlying legal rationale for settlement, including an assessment of the limitations of Section 1779f of the Settlement Act;

5. If the Plaintiff and Defendant are unable to reach an agreement on the terms of settlement which they can recommend to their respective clients by November 2, 2007, they will jointly inform the court and will begin to work on a proposed pre-trial scheduling order to submit to the Court; and

6. The Plaintiff and Defendant respectfully submit that this request for an enlargement of time is in the interest of justice, insofar as it provides the parties a meaningful opportunity to conclude settlement discussions, which would, in turn, preserve scarce judicial resources if settlement is achieved.

Plaintiff's counsel has authorized Defendant's counsel to sign this motion on his behalf.

This is the second request for an enlargement of time to file the joint status report which the parties have filed.

Dated this 27th day of September, 2007.

Respectfully submitted,

s/ Michael G. Rossetti
MICHAEL G. ROSSETTI
Akin Gump Strauss Hauer & Feld, LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Ph. (202) 887-4311
Fax: (202) 887-4288
E-mail: mrossetti@akingump.com

s/ James M. Upton
JAMES M. UPTON
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Ph (202) 305-0482
Fax: (202) 305-0506
E-mail: james.upton@usdoj.gov