**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **UNITED KEETOOWAH BAND OF CHEROKEE INDIANS OF OKLAHOMA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 03-1433** |
| | ) | **Judge Nancy B. Firestone** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE JOINT STATUS REPORT AND TO STAY OTHER PROCEEDINGS**

The parties hereby jointly move for: (1) an enlargement of time from November 30, 2007, to, and including, February 14, 2008, in which to file their joint status report; and (2) for a stay of other proceedings so that the parties may undertake informal discovery. In support of this motion, the parties state the following:

1. On June 28, 2007, the court directed the parties to file a joint status report on August 28, 2007 "detailing their proposal for resolving the litigation."

2. On July 19, 2007, the Cherokee Nation of Oklahoma ("CNO") filed a motion for permissive intervention, which the court denied on August 31, 2007.

3. The Plaintiff and Defendant have continued to discuss various settlement proposals;

4. The Defendant has undertaken considerable analysis of the underlying legal rationale for settlement, including an assessment of the limitations of Section 1779f of the Settlement Act;

5. If the Plaintiff and Defendant are unable to reach an agreement on the terms of

settlement which they can recommend to their respective clients by February 14, 2008, they will jointly inform the court and will begin to work on a proposed pre-trial scheduling order to submit to the Court; and

6. The Plaintiff and Defendant respectfully submit that this request for an enlargement of time and a stay of other proceedings is in the interest of justice, insofar as it provides the parties a meaningful opportunity to conclude settlement discussions, and conduct informal discovery in support of those discussions, which would, in turn, preserve scarce judicial resources if settlement is achieved.

Plaintiff's counsel has authorized Defendant's counsel to sign this motion on his behalf.

This is the parties' fourth request for an enlargement of time to file the joint status report.

Dated this 30th day of November, 2007.

Respectfully submitted,

*s/ Michael G. Rossetti*
MICHAEL G. ROSSETTI
Akin Gump Strauss Hauer & Feld, LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Phone: 202-887-4311
Fax: 202-887-4288
Email: mrossetti@akingump.com

*s/ James M. Upton*
JAMES M. UPTON
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
Box 663
Washington, D.C.20044-0663
Phone: 202-305-0482
Fax: 202-305-0506
Email: james_upton@usdoj.gov