**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **UNITED KEETOOWAH BAND OF CHEROKEE INDIANS OF OKLAHOMA,** | ) | **DRAFT: 2/13/08** |
| | ) | **DUE: 2/14/08** |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | **No. 03-1433 l** |
| | ) | **Judge Nancy B. Firestone** |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE JOINT STATUS REPORT AND TO EXTEND STAY OF OTHER PROCEEDINGS**

The parties hereby jointly move for: (1) an enlargement of time from February 14, 2008, to, and including, May 1, 2008, in which to file their joint status report; and (2) for an extension of the existing stay of other proceedings so that the parties may finish informal discovery. In support of this motion, the parties state the following:

1. The Plaintiff and Defendant have continued to discuss various settlement proposals;

2. The Defendant has undertaken considerable analysis of the underlying legal rationale for settlement, including an assessment of the limitations of Section 1779f of the Settlement Act.

3. Since November 30, 2007, the parties have exchanged a number of documents which are relevant, or potentially relevant, to the question of whether the UKB is "a successor-in-interest" to the historic (pre-1907) Cherokee Nation;

4. On February 8, 2008, the Defendant finished two weeks of research at the American

Indian Records Repository (known as "AIRR"). The AIRR is the principal repository of inactive BIA records in the United States; it is located at the Federal Records Center in Lenexa, Kansas. Defendant made a hard copy of some of the relevant records and these will be provided to plaintiff's counsel shortly;

5. Defendant has marked for imaging and coding approximately 6,000 additional pages of documents located at the Lenexa FRC which are relevant or potentially relevant. If hard copies (as opposed to a electronic copies) were to be made of the 6,000 pages, the volume of the hard copies would amount to between three and four boxes which are the size of boxes used to package xerox paper. When Defendant's counsel obtains an electronic copy of these documents (which he estimates he will receive by March 1, 2008), he will promptly provide plaintiff's counsel with an electronic copy of these documents and the associated coding;

6. The parties estimate that they will require at least forty-five days to: (1) examine the hard copies of records and the 6,000 pages of documents from the AIRR after the electronic copies of these documents have been provided to plaintiff's counsel; and (2) to finish examining the documents previously collected and exchanged;

7. After the parties have finished their examination of relevant documents, they will then meet to discuss the extent to which these documents are informative on the issue of whether the UKB is "a successor-in-interest" to the historic Cherokee Nation;

8. If plaintiff and Defendant are unable to reach an agreement on the terms of a settlement which they can recommend to their respective clients by May 1, 2008, they will jointly inform the Court and will begin to work on a proposed pre-trial scheduling order to submit to the

Court; and

9. Plaintiff and Defendant respectfully submit that this request for an enlargement of time and for enlargement of the stay of other proceedings is in the interest of justice, insofar as it provides the parties with a meaningful opportunity to conclude informal discovery in support of settlement discussions and to conclude those discussions, which would, in turn, preserve scarce judicial resources if settlement is achieved.

Plaintiff's counsel has authorized Defendant's counsel to sign this motion on his behalf.

This is the parties' fifth request for an enlargement of time to file the joint status report.

Dated this 14th day of February, 2008.

Respectfully submitted,

*s/ Michael G. Rossetti by*
*s/ James M. Upton*
~~MICHAEL G. ROSSETTI~~
Akin Gump Straus Hauer & Feld
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Phone: (202) 887-4311
Fax: (202) 887-4288
E-mail: mrossetti@akingump.com

Attorney for Plaintiff

*s/James M. Upton*
JAMES M. UPTON
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 2004-0663
Phone: (202) 305-0482
Fax: (202) 305-0506
E-mail: james.upton@usdoj.gov
Attorney for Defendant