**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **UNITED KEETOOWAH BAND OF CHEROKEE INDIANS OF OKLAHOMA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 031433 l** <br> **Judge Nancy B. Firestone** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**JOINT MOTION FOR LEAVE TO FILE ATTACHED CORRECTED COPY OF JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE STATUS REPORT AND TO EXTEND THE STAY OF OTHER PROCEEDINGS**

The parties jointly move for leave to file the attached corrected copy of the Joint Motion for Enlargement of Time to File Joint Status Report and to Extend the Stay of Other Proceedings filed on February 12, 2008. In support of this motion, the parties state that the following:

1. Counsel for Defendant drafted the Joint Motion for Enlargement of Time on February 13, 2008, and sent it to plaintiff's counsel on February 13, 2008;

2. On February 14, 2008, the parties agreed in a conference call) to make a number of changes in the draft which were then made by plaintiff's counsel and e-mailed to defendant's counsel;

3. Plaintiff's counsel requested that Defendant's counsel to file the agreed upon new version of the Joint Motion for Enlargement of Time and defendant's counsel agreed to do so;

4. On February 14th, defendant' counsel was also in the midst of finalizing a lengthy brief and another pleading both of which must be filed in another CFC case on February 15, 2008;

5. Today, February 15, 2008, around 8:50 a.m., defendant's counsel discovered that he had inadvertently filed the original draft of the Joint Motion for Enlargement, rather than the finalized version to which the parties had agreed;

6. Plaintiff's counsel has reviewed this Joint Motion for Leave and has approved it.

Dated this 15th day of February, 2008.

Respectfully submitted,

*s/ Michael G. Rossetti by*
*s/ James M. Upton*
MICHAEL G. ROSSETTI
Akin Gump Straus Hauer & Feld
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Phone: (202) 877-4311
Fax: (202) 877-4288
E-mail: mrossetti@akingump.com

Attorney for Plaintiff

*s/James M. Upton*
JAMES M. UPTON
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20004-0663
Phone: (202) 305-0482
Fax: (202) 305-0506
E-mail: james.upton@usdoj.gov
Attorney for Defendant