**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **UNITED KEETOOWAH BAND OF CHEROKEE INDIANS OF OKLAHOMA,** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **THE UNITED STATES,** <br><br> **Defendant.** | ) | **No. 03-1433 L** <br> **Judge Nancy B. Firestone** |

**JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE STATUS REPORT AND TO EXTEND THE STAY OF OTHER PROCEEDINGS**

The parties jointly move for: (1) an enlargement of time from March 31, 2008, to, and including, May 30, 2008, in which to file their joint status report; and (2) an extension of the existing stay of other proceedings so that the parties may finish informal discovery. In support of this motion, the parties state that the following:

1. The Plaintiff and the Defendant have continued to discuss various settlement proposals;

2. The Defendant has undertaken considerable analysis of the underlying legal rationale for settlement, including an assessment of the limitations of Section 1779f of the Settlement Act;

3. Since November 30, 2007, the parties have collected and begun to exchange a number of documents that are relevant, or potentially relevant, to the question of whether the UKB is "a successor-in-interest" to the historic (pre-1907 ) Cherokee Nation;

4. As noted in the previous joint motion for enlargement of time, the Defendant conducted two weeks of research at the American Indian Records Repository (known as the

"AIRR" located at the Federal Records Center in Lenexa, Kansas) which ended on February 8, 2008. The previous joint motion also stated that the Defendant "had marked for imaging and coding approximately 6,000 additional pages of documents located at" the AIRR. This was the estimate given to Defendant's counsel by the Department of Justice paralegal who had conducted the research. On or about March 4, 2008, the Document Management Unit of the Office of Special Trustee to which the CDs containing the imaged and coded documents were sent on February 29, 2008 (pursuant to well established procedures for handling of copies of inactive BIA records at the AIRR and at other Federal Records Centers), informed counsel for Defendant that approximately 15,000 pages - - not 6,000 pages - - had been imaged and coded;

5. The Document Management Unit finished processing the CDs in question on March 13, 2008 and sent them to the Solicitor's Office attorney assigned to this case on the same day; counsel for Defendant personally picked up the CDs from Interior on the afternoon of March 13, 2008;

6. On March 14, 2008, counsel for Defendant arranged to have the CDs sent to the Office of Litigation Support which is a component of the Executive Office of the Environment & Natural Resources Division to have the imaged and coded documents converted to an electronic format that would make them accessible to/useable by the parties;

7. On March 24, 2008, the Defendant's counsel was informed that the Office of Litigation Support could not finish its work on the CDs until March 28, 2008. Pursuant to his March 28th inquiry, Defendant's counsel was informed that the index for each of the four CDs needed to be consolidated into one overall index. On March 31, 2008, the Defendant's counsel was informed

that the Office of Litigation Support would finish its work by the close of business on April 1, 2008;

8. In light of the much larger number of documents from AIRR than had originally been anticipated, the parties will require at least forty-five days after the electronically re-formatted, indexed and searchable documents have been provided to the parties to: (1) examine the 15,000 pages of documents from the AIRR; and (2) finish examining the documents previously collected and exchanged;

9. If the respective counsel for Plaintiff and Defendant are unable to reach agreement in principle on the basic terms of a proposed settlement which they can recommend to their respective clients by May 30, 2008, they will jointly so inform the Court and will begin work on a scheduling order which they will submit to the Court; and

10. Plaintiff and Defendant respectfully submit that this request for an enlargement of time and for enlargement of a stay of other proceedings is in the interest of justice, insofar as it provides the parties with a meaningful opportunity to conclude informal discovery in support of settlement discussions and to conclude those discussions, which would, in turn, preserve scarce judicial resources if settlement is achieved.

Plaintiff's counsel has authorized Defendant's counsel to sign this motion on his behalf.

This is the parties' sixth request for an enlargement of time to file the joint status report.

Dated this 31st of March, 2008.

Respectfully submitted,

*s/ Michael G. Rossetti by*
*s/ James M. Upton*
MICHAEL G. ROSSETTI
Akin Gump Straus Hauer & Feld
1333 New Hampshire Avenue, N. W.
Washington, D.C. 20036
Phone: (202) 887-4311
Fax: (202) 887-4288
E-mail: mrossetti@akingump.com

Attorney for Plaintiff

*s/ James M. Upton*
JAMES M. UPTON
Natural Resources Section
Environment & Natural Resources
Division
U.S. Department of Justice
P. O. Box 663
Washington, D.C. 20004-0663
Phone: (202) 305-0482
Fax: (202) 305-0506
E-mail: james.upton@usdoj.gov

Attorney for Defendant