# In the United States Court of Federal Claims

**No. 03-1433L**
**(Filed: April 2, 2008)**

* * * * * * * * * * * * * * * * *
*
**THE UNITED KEETOOWAH** *
**BAND of CHEROKEE INDIANS** *
**of OKLAHOMA,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

The parties' joint motion, filed March 31, 2008, for an enlargement of time within which to file their joint status report and to continue the stay of proceedings is **GRANTED-IN-PART and DENIED-IN-PART**. The above-captioned case remains **STAYED** until **Wednesday April 30, 2008**. The parties shall file a joint status report on their settlement negotiations. No further extensions of time will be granted without evidence of an agreement in principal.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge