Plaintiff's counsel has authorized Defendant's counsel to sign for him.

Dated this 30th day of April, 2008.

Respectfully submitted,

*s/Michael G. Rossetti by*

*s/James M. Upton*

MICHAEL G. ROSSETTI
Akin Gump Straus Hauer & Feld
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Phone: (202) 887-4311
Fax: (202) 887-4288
E-mail: mrossetti @akingump.com

Attorney for Plaintiff

*s/James M. Upton*

JAMES M. UPTON
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20004-0663
Phone: (202) 305-0482
Fax: (202) 305-0506
E-mail: james.upton@usdoj.gov

Attorney for Defendant

6. Interior will need to provide the Plaintiff with a privilege log for all documents withheld;

7. The parties estimate that the privilege review can be completed by May 31, 2008;

8. After the privilege review, the parties must identify all relevant documents and then analyze the relevant documents as they bear on the threshold issue of whether the UKB is "a successor-in-interest" to the historic Cherokee Nation;

9. The parties estimate they will need until July 31, 2008 to complete the identification and analysis of the relevant documents;

10. Once the parties have finished the identification/analysis process, the UKB will begin preparing a motion for summary judgment on the "a successor-in-interest" issue;

11. Consistent with the time frames contained in Paragraph No. 9 of the March 31st Joint Motion for Enlargement of Time to File Joint Status Report and to Extend the Stay of Other Proceedings, the parties propose the following schedule:

| | |
|---|---|
| Complete review of archival documents for privilege: | May 31, 2008 |
| Complete identification of relevant documents and analysis of them as they bear on the "a successor-in-interest" issue: | July 31, 2008 |
| UKB's motion for summary judgment on the issue of whether the UKB is "a successor-in-interest" to the historic Cherokee Nation: | September 15, 2008 |
| Defendant's opposition to plaintiff's motion and/or cross-motion for summary judgment: | October 15, 2008 |
| Plaintiff's reply and opposition briefs: | October 30, 2008 |
| Defendant's reply brief: | November 15, 2008 |

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **UNITED KEETOOWAH BAND OF CHEROKEE INDIANS OF OKLAHOMA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 03-1433 L** |
| | ) | **Judge Nancy B. Firestone** |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | |
| **D**efendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's March 2, 2008 Order, the parties submit the following Joint Status Report:

1. The parties have not yet reached a settlement agreement in principle because the information produced by the ongoing informal discovery has a direct bearing on whether the parties will be able to reach such an agreement;

3. On April 25, 2008, during a settlement-related conference between the parties, the government hand delivered to plaintiff's counsel a CD containing images of about 3,300 documents found at the Lenexa FRC and an index to those documents after having done a privilege review thereof;

4. There remain another 6,600 documents from Lenexa which have been imaged and must be reviewed for privilege;

5. In addition, to these 6,600 documents, Interior has in its possession copies of about 10, 000 other documents (some of which have been scanned) which must be reviewed for privilege;