# The United States Court of Federal Claims

**No. 03-1433L**
**(Filed: May 2, 2008)**

* * * * * * * * * * * * * * * * *

**THE UNITED KEETOOWAH BAND of CHEROKEE INDIANS of OKLAHOMA,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

The court is in receipt of the parties' joint status report, filed April 30, 2008, indicating that the parties are continuing to exchange documents and will need additional time to complete the identification and analysis of the relevant documents. The court adopts the parties' schedule as follows:[1]

| | |
|---|---|
| **June 2, 2008** | Complete review of archival documents for privilege |
| **July 31, 2008** | Complete identification of relevant documents and analysis of them as they bear on the "a successor-in-interest" issue |
| **Sept. 15, 2008** | UKB's motion for summary judgment on the issue of whether the UKB is "a successor-in-interest" to the historic Cherokee Nation |

[1]The June 2, 2008 and Nov. 17, 2008 dates were chosen because the parties' proposed dates fell on Saturdays.

| | |
|---|---|
| **Oct. 15, 2008** | Defendant's opposition to plaintiff's motion and/or cross-motion for summary judgment |
| **Oct. 30, 2008** | Plaintiff's reply and opposition briefs |
| **Nov. 17, 2008** | Defendant's reply brief. |

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge