**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **UNITED KEETOOWAH BAND OF CHEROKEE INDIANS OF OKLAHOMA,** | ) | |
| **Plaintiff,** | ) | **No. 03-1433 L** |
| | ) | **Judge Nancy B. Firestone** |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**AMENDED JOINT STATUS REPORT**

Pursuant to the Court's March 2, 2008 Order, the parties submit the following Amended Joint Status Report:

1. As the parties indicated in the Joint Status Report filed on April 30, 2008, on April 25, 2008, the government delivered to plaintiff's counsel a CD containing images of approximately 3,300 documents that have been reviewed for privilege by the government;

2. Since April 30, 2008, approximately 6,600 additional documents from the American Indian Records Repository in Lenexa, Kansas have been reviewed for privilege by the government and were provided to plaintiff's counsel in CD format on August 26, 2008;

3. In addition to the documents provided to plaintiff's counsel as outlined above, the government possesses a final set of approximately 10,000 documents which must be reviewed for privilege by the government prior to being provided to plaintiff's counsel for use in aid of preparation of plaintiff's motion for summary judgment;

4. In addition to the documents being provided to plaintiff's counsel, the government will provide the plaintiff with a privilege log for all documents withheld on or before September 11,

2008;

5. In aid of preparation of the plaintiff's motion for summary judgment on the issue of whether the UKB is a successor-in-interest to the historic Cherokee Nation, the parties estimate they will need until October 23, 2008 to complete the identification and analysis of the relevant documents;

6. Therefore, the parties propose the following schedule, which, absent settlement, the parties do not intend to amend further unless otherwise directed by the Court for its own scheduling reasons:

| | |
|---|---|
| Complete review of archival documents for privilege: | September 11, 2008 |
| Complete identification of and analysis of documents relevant to the successor-in-interest issue: | October 23, 2008 |
| UKB's motion for summary judgment on the issue of whether the UKB is "a successor-in-interest" to the historic Cherokee Nation: | December 4, 2008 |
| Defendant's opposition to plaintiff's motion and/or cross-motion for summary judgment: | January 12, 2009 |
| Plaintiff's reply and opposition briefs: | January 27, 2009 |
| Defendant's reply brief: | February 11, 2009 |

7. Plaintiff's counsel has authorized Defendant's counsel to sign for him.

Dated this 29th day of August, 2008.

Respectfully submitted,

*s/ Michael G. Rossetti by*
*s/ James M. Upton*
MICHAEL G. ROSSETTI
Akin Gump Straus Hauer & Feld
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Phone: (202) 887-4311
Fax: (202) 887-4288
E-mail: mrossetti@akingump.com

Attorney for Plaintiff

*s James M. Upton*
JAMES M. UPTON
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20004-0663
Phone: (202) 305-0482
Fax: (202) 305-0506
E-mail: james.upton@usdoj.gov

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2008, I electronically transmitted the foregoing **AMENDED JOINT STATUS REPORT**, using the ECF system for filing and transmittal of a notice of Filing to the following ECF registrant:

Michael G. Rossetti, esq.

mrossetti@akingump.com

Attorney for Plaintiff

*s/ James M. Upton*
James M. Upton