# The United States Court of Federal Claims

**No. 03-1433L**
**(Filed: September 8, 2008)**

* * * * * * * * * * * * * * * * *

**THE UNITED KEETOOWAH BAND of CHEROKEE INDIANS of OKLAHOMA,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**ORDER**

The court hereby **RESCHEDULES** the Tuesday, September 9, 2008 Status Conference for **Friday, September 19, 2008 at 11:00 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (202) 887-4311; counsel for defendant at (202) 305-0482.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge